DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
PERALA, BUCKLEY J.

Case No. 05-02647-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $4.24, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| PERALA, BUCKLEY J. | 371 HALL ROAD YAKIMA , WA 98908 | $4.24 |

Dated: September 23, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875-092          10-1-10          #4.24